**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

_____

In re                                                                     Case No. _____
**Gucciardo, Jennifer**

Chapter . **7**

Debtor(s).

_____

*Please Check the Appropriate Box.*
***For Debtor:***

☐        Payment Advices are Attached. _____
•        Number of Payment Advices Attached:
•        Period Covered: _____ (If period covered is less
         than 60 days or 8 weeks, attach an explanation)
•        Number of Employers From Whom Debtor Received Payment Advices During the 60 Days
         Prior to Filing the Bankruptcy Petition:_____

_____
_____

***For Debtor:***

☐        No Payment Advices are Attached (the debtor had no income from any employer during the 60
         Days Prior to Filing the Bankruptcy Petition).
☐        No Payment Advices are Attached for Some Other Reason. (Attach an explanation)

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:        */s/ Jennifer Gucciardo*_____        Date:        **May 16, 2014**_____

Payment Advices Cover Sheet 4/11/06                                                            Deputy Clerks Initials:_____

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | | Check number: | | | | | Pay Period: 03/01/2014 - 03/07/2014 | | Pay Date: 03/07/2014 |
|---|---|---|---|---|---|---|---|---|---|
| Employee | | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | | | | | | ***-**-0690 | Married/Head of Household | | Fed-3/0/NY-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 10,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -48.10 | -283.10 |
| Federal Withholding | -149.00 | -758.75 |
| Social Security Employee | -93.00 | -651.00 |
| Medicare Employee | -21.75 | -152.25 |
| NY - Withholding | -77.69 | -423.52 |
| | -389.54 | -2,268.62 |

| Net Pay | 1,110.46 | 8,231.38 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | Check number: | | Pay Period: 02/22/2014 - 02/28/2014 | Pay Date: 02/28/2014 |
|---|---|---|---|---|

| Employee | SSN |
|---|---|
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | ***-**-0690 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 9,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -46.10 | -235.00 |
| Federal Withholding | -149.00 | -609.75 |
| Social Security Employee | -93.00 | -558.00 |
| Medicare Employee | -21.75 | -130.50 |
| NY - Withholding | -77.69 | -345.83 |
| | -389.54 | -1,879.08 |

| Net Pay | 1,110.46 | 7,120.92 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | | Check number: | | Pay Period: 02/15/2014 - 02/21/2014 | Pay Date: 02/21/2014 |
|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | ***-**-0690 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 7,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -48.10 | -186.90 |
| Federal Withholding | -149.00 | -460.75 |
| Social Security Employee | -93.00 | -465.00 |
| Medicare Employee | -21.75 | -108.75 |
| NY - Withholding | -77.69 | -268.14 |
| | -389.54 | -1,489.54 |

| Net Pay | 1,110.46 | 6,010.46 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | | Check number: | | Pay Period: 02/08/2014 - 02/14/2014 | Pay Date: 02/14/2014 |
|---|---|---|---|---|---|
| Employee | | | | SSN | |
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | | | | ***-**-0690 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 6,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -38.10 | -138.80 |
| Federal Withholding | -100.00 | -311.75 |
| Social Security Employee | -93.00 | -372.00 |
| Medicare Employee | -21.75 | -87.00 |
| NY - Withholding | -47.15 | -190.45 |
| | -300.00 | -1,100.00 |

| Net Pay | 1,200.00 | 4,900.00 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | Check number: | | Pay Period: 01/25/2014 - 01/31/2014 | Pay Date: 01/31/2014 |

| Employee | SSN |
|---|---|
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | ***-**-0690 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 600.00 | 3,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -12.52 | -62.60 |
| Federal Withholding | -22.35 | -111.75 |
| Social Security Employee | -37.20 | -186.00 |
| Medicare Employee | -8.70 | -43.50 |
| NY - Withholding | -19.23 | -96.15 |
| NY - Disability | 0.00 | 0.00 |
| | -100.00 | -500.00 |

| Net Pay | 500.00 | 2,500.00 |

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | | Check number | | Pay Period: 01/11/2014 - 01/17/2014 | Pay Date: 01/17/2014 |
|---|---|---|---|---|---|
| Employee | | | | SSN | |
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | | | | ***-**-0690 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 600.00 | 1,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -12.52 | -37.56 |
| Federal Withholding | -22.35 | -67.05 |
| Social Security Employee | -37.20 | -111.60 |
| Medicare Employee | -8.70 | -26.10 |
| NY - Withholding | -19.23 | -57.69 |
| NY - Disability | 0.00 | 0.00 |
| | -100.00 | -300.00 |

| Net Pay | 500.00 | 1,500.00 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | Check number: | | Pay Period: 01/18/2014 - 01/24/2014 | Pay Date: 01/24/2014 |
|---|---|---|---|---|

| Employee | | | | SSN |
|---|---|---|---|---|
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | | | | ***-**-0690 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 600.00 | 2,400.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -12.52 | -50.08 |
| Federal Withholding | -22.35 | -89.40 |
| Social Security Employee | -37.20 | -148.80 |
| Medicare Employee | -8.70 | -34.80 |
| NY - Withholding | -19.23 | -76.92 |
| NY - Disability | 0.00 | 0.00 |
| | -100.00 | -400.00 |

| Net Pay | 500.00 | 2,000.00 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | Check number: | | Pay Period: 01/04/2014 - 01/10/2014 | Pay Date: 01/10/2014 |
|---|---|---|---|---|

| Employee | | | SSN | |
|---|---|---|---|---|
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | | | ***-**-0690 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 600.00 | 1,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -12.52 | -25.04 |
| Federal Withholding | -22.35 | -44.70 |
| Social Security Employee | -37.20 | -74.40 |
| Medicare Employee | -8.70 | -17.40 |
| NY - Withholding | -19.23 | -38.46 |
| NY - Disability | 0.00 | 0.00 |
| | -100.00 | -200.00 |

| Net Pay | 500.00 | 1,000.00 |
|---|---|---|

DOLCE AESTHETICS INC
62-85 WOODHAVEN BLVD
REGO PARK, NY 11374

JENNIFER DILANDRO
161 30 88TH STREET
HOWARD BEACH, NY 11414

| Employee Pay Stub | Check number: | Pay Period: 12/28/2013 - 01/03/2014 | Pay Date: 01/03/2014 |
|---|---|---|---|
| Employee | | SSN | |
| JENNIFER DILANDRO, 161 30 88TH STREET, HOWARD BEACH, NY 11414 | | ***-**-0690 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 600.00 | 600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -12.52 | -12.52 |
| Federal Withholding | -22.35 | -22.35 |
| Social Security Employee | -37.20 | -37.20 |
| Medicare Employee | -8.70 | -8.70 |
| NY - Withholding | -19.23 | -19.23 |
| NY - Disability | 0.00 | 0.00 |
|  | -100.00 | -100.00 |

| Net Pay | 500.00 | 500.00 |
|---|---|---|

DOLCE AESTHETICS INC, 62-85 WOODHAVEN BLVD, REGO PARK, NY 11374